# JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES OF AMERICA

    - v. -

TAHEERAH BAILEY,

    Defendant.

:    INDICTMENT

:    08 Cr. ____

08 CRIM 679

- - - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

The Grand Jury charges:

1. From in or about October 2005, up to and including in or about September 2007, in the Southern District of New York and elsewhere, TAHEERAH BAILEY, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to her own use and the use of another, vouchers, money, and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), the value of which exceeded $1,000, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, BAILEY obtained federal housing subsidies, to which she was not entitled, through fraud and deceit.

    (Title 18, United States Code, Sections 641 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TAHEERAH BAILEY,

Defendant.

## INDICTMENT

08 Cr.

(18 U.S.C. §§ 641 and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

R C
7/23/08

Indictment filed, case assigned
to Judge Patterson.

F. Maas, US MJ