

# MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



August 15, 2008

**BY HAND**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2250
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

    Re:   *United States of America* v. *Taheerah Bailey*,
           08 Cr. 679 (RPP)

Dear Judge Patterson,

       As requested by Chambers, the Government writes to confirm its understanding of the trial schedule in the above-captioned case. The trial is currently set to begin on Monday, September 29, 2008.

       The parties will plan to commence and conclude jury selection on September 29. The Court will then recess until the morning of Thursday, October 2, in observance of Rosh Hashanah. The parties will present opening statements on Thursday morning and anticipate trying the case through Friday, October 3.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York

                 By:   _____
                        Telemachus P. Kasulis
                        Assistant United States Attorney
                        (212) 637-2411

cc:    Jennifer L. Brown, Esq.

*Application granted*
*So ordered*
*Robert P. Patterson*
*US DJ*
*8/18/08*