# MEMORANDUM



TO: **HONORABLE ROBERT P. PATTERSON**
U.S. District Judge

FROM: **MICHAEL FITZPATRICK, CHIEF**
Pretrial Services Officer

RE: <u>BAILEY, Taheerah</u>
DOCKET #: <u>08-CR-679</u>

The attached memorandum was prepared by Pretrial Services Officer
<u>Jason G. Lerman</u>                              <u>(212) 805-4109</u>
   Name                                        Phone Number
will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _____ on _____ at _____.
                                  Date            Time

[ ]   So ordered: _____

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____    9/9/08
            Judicial Officer

at his/her earliest convenience.

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you. Thank you, Michael Fitzpatrick and Marsha Davies-Calhoun, Chief and Deputy Chief U.S. Pretrial Services Officers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PRETRIAL SERVICES OFFICE

**Michael Fitzpatrick**
CHIEF PRETRIAL SERVICES
OFFICER

500 PEARL STREET, ROOM 550
NEW YORK, NY 10007
PHONE: 212-805-4100
FAX: 212-805-4172



**White Plains Office**

U.S. COURTHOUSE
300 QUARROPAS STREET
ROOM 449
WHITE PLAINS, NY 10601
PHONE: 914-390-4140
FAX: 914-390-4035

## MEMORANDUM

TO: Honorable Robert P. Patterson
United States District Judge

FROM: Jason G. Lerman
United States Pretrial Services Officer

RE: Bailey, Taheerah
08-CR-679

DATE: September 8, 2008

On May 12, 2008, the above mentioned defendant was arrested and charged with Theft of Government Funds. She appeared before the Honorable Theodore H. Katz for her initial appearance and she was ordered released on the following conditions: $25,000 unsecured bond, co-signed by one financially responsible person, travel restricted to the Southern/Eastern Districts of New York and the District of New Jersey, surrender all travel documents/no new applications and routine PSA supervision to include drug testing and treatment under the guidance of Pretrial Services.

After the defendant was indicted, on July 29, 2008 she appeared before the Honorable Theodore H. Katz and entered a not guilty plea to the charges. The case was then assigned to Your Honor for all purposes.

On August 4, 2008, the defendant appeared before Your Honor for a status conference and a trial date has been scheduled for September 29, 2008.

Since the defendant's release in May 2008, she has been testing positive for marijuana.

On August 7, 2008, the defendant was referred for outpatient drug treatment counseling at CIS counseling center; however, the defendant failed to attend treatment citing numerous personal reasons as to her inability to attend (lack of carfare, childcare issues and medical appointments).

On September 2, 2008 the defendant actually began attending treatment and at this time her sessions are scheduled for Tuesdays at 12:30 pm.

Pretrial Services conducted a criminal record check for this defendant and it revealed no new arrests since her release on bail.

Pretrial Services is providing this information to Your Honor for the Court's review and we are requesting that no action be taken at this time.

Reviewed by:

SUSPSO

Respectfully submitted,

Michael Fitzpatrick, Chief
U.S. Pretrial Services Officer

Jason G. Lerman
U.S. Pretrial Services Officer

cc: Telemachus Kasulis    (AUSA)              via fax
    Jennifer Brown        (Defense Counsel)   via fax